No. 78–294. SOUTHERN CALIFORNIA EDISON Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of properly presented federal question.

No. A–315 (77–1844). CITY OF MOBILE, ALABAMA, ET AL. *v.* BOLDEN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, *ante,* p. 815.] Application of appellees to vacate order issued by the United States District Court for the Southern District of Alabama, on October 3, 1978, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. D–129. IN RE DISBARMENT OF FITZPATRICK. Disbarment entered. [For earlier order herein, see 434 U. S. 980.]

No. D–132. IN RE DISBARMENT OF ESSER. Disbarment entered. [For earlier order herein, see 435 U. S. 949.]

No. D–134. IN RE DISBARMENT OF BEITLING. Disbarment entered. [For earlier order herein, see 435 U. S. 993.]

No. D–136. IN RE DISBARMENT OF BREMERS. It is ordered that Ralph R. Bremers, of Omaha, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–137. IN RE DISBARMENT OF GILBERT. It is ordered that Ira Stuart Gilbert, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.